ANNA MALINAUSKAS, ET AL., PLAINTIFFS-PETITIONERS,
v. PUBLIC SERVICE TRANSPORTATION COMPANY, ET
AL., DEFENDANTS-RESPONDENTS.

See same case below: 8 *N. J. Super.* 268.

*Mr. Horace G. Brown* for the petitioners.

*Mr. Carl T. Freggens* and *Mr. Herman H. Wille, Jr.,* for
the respondents.

October 16, 1950. Granted.

HELEN POPE, ET AL., PLAINTIFFS-PETITIONERS, v. BETTY
BAIN, DEFENDANT-RESPONDENT, HENRY BAIN, III,
ET AL., DEFENDANTS.

See same case below: 8 *N. J. Super.* 263.

*Mr. John G. Dluhy* and *Mr. Martin Klughaupt* for the
petitioners.

*Mr. Aaron Heller* and *Messrs. Heller & Laiks* for the
respondent.

October 16, 1950. Granted.